■ GEORGE NEWMAN et al., Respondents, v RCPI LANDMARK PROPERTIES, LLC, et al., Appellants. [998 NYS2d 633]—

Order, Supreme Court, New York County (Eileen A. Rakower, J.), entered February 18, 2014, which denied defendants' motion for summary judgment dismissing the complaint, unanimously reversed, on the law, without costs, and the motion granted. The Clerk is directed to enter judgment accordingly.

It is undisputed that plaintiff George Newman was injured when he followed a coworker in climbing down from a loading platform by stepping onto piled up milk crates, which were on the ground, although defendants provided a wall-mounted ladder for use in exiting the platform. Plaintiff's choice to use the crates rather than the ladder was the sole cause of his injuries

(*see Torres v 1420 Realty, L.L.C.,* 111 AD3d 434 [1st Dept 2013]; *see also Montgomery v Federal Express Corp.,* 4 NY3d 805 [2005]). Whether the ladder was visible behind the trucks that were parked in the area is irrelevant, since plaintiff testified that he did not look for another means of accessing the parking level. Concur—Gonzalez, P.J., Friedman, Andrias, Gische and Kapnick, JJ.